BEFORE THE SECOND DIVISION, MAY 8, 1967

**No. P67/142.**—Isaac B. Cohen & Sons Corp. *v.* United States, protest 65/2333 (New York).

**No. P67/143.**—Isaac B. Cohen & Sons Corp. *v.* United States, protest 65/8998 (New York).

**No. P67/144.**—Isaac B. Cohen & Sons Corp. *v*. United States, protest 66/41221 (New York).

RAO, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of rubber bulb horns similar in all material respects to those the subject of *Sherwin International, Inc.* v. *United States* (54 Cust. Ct. 466, Abstract 69382), the claim of the plaintiff was sustained.